**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO: 3:07CR135-FDW-DCK**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff** | ) |
| **vs.** | ) |
| | )       **ORDER** |
| **ANDREW LEE MOORE,** | ) |
| **Defendant.** | ) |
| | ) |

      **THIS MATTER IS BEFORE THE COURT** upon the receipt on July 23, 2007 of a typed letter from the Defendant, Andrew Lee Moore, addressed to the undersigned. In the letter, the Defendant requests a modification of his bond to allow a change in residence for purposes of house arrest. Court records reflect that Mr. Moore is represented by appointed counsel, Claire J. Rauscher and Peter Adolf. It is the practice of the Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. Moore has matters he wishes this Court to consider, they must be submitted through his attorney.

      **IT IS, THEREFORE, ORDERED** that Mr. Moore's letter request to modify his bond conditions is hereby **DENIED,** without prejudice to Mr. Moore's right to re-file the motion, if appropriate, through his attorney.

      The Clerk of Court is directed to send a copy of the letter to Ms. Rauscher and Mr. Adolf along with their copy of this Order.

              Signed: July 26, 2007

              David C. Keesler
              United States Magistrate Judge