UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:07-CR-00135-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ANDREW LEE MOORE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on Defendant Andrew Lee Moore's Motion for Early Termination of Supervised Release and/or To Modify Conditions to End Physiological Testing and/or For Discovery and To Hold Testing In Abeyance, (Doc. No. 34). After careful review of the record, the Court finds Defendant has failed to provide sufficient support to warrant the relief he seeks, including early termination of his supervised release, striking condition twenty-seven (27) of his supervised release, or discovery of "any and all notes, documents, and other materials related to [Defendant's] supervision that are within the custody or control of the United States Probation Office," (Doc. No. 34, pp. 6-7). Therefore, the Court DENIES Defendant's Motion, (Doc. No. 34).

IT IS SO ORDERED.

Signed: June 14, 2022

Frank D. Whitney
United States District Judge